IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                              *

GLORIA J. HARRIS                    *       CASE NO. 05-90730 NVA

   DEBTOR                           *            Chapter 13

        *    *    *    *    *    *    *

## MOTION TO DISMISS

Ellen W Cosby, Trustee, files this Motion to Dismiss Case and, for cause, states as follows:

    1.    The plan in this Chapter 13 case was confirmed by Order Approving Debtor's Modified Chapter 13 Plan entered November 20, 2008.

    2.    The Debtor is in material default under the terms of the plan by having failed to maintain the payments required by the plan. The default in payments now totals $427.62 or approximately two (2) months.

    3.    The Trustee has been advised by Debtor's mortgage company representative by way of copied death certificate that this Debtor passed away the end of October 2008.

    4.    For the reasons stated, cause exists under 11 U.S.C. §1307 (c) to dismiss this case.

WHEREFORE, the Trustee requests this Court to dismiss this case, and to grant such other and further relief as is just.

DATED: October 7, 2009            /S/ Ellen W Cosby
                                            Ellen W Cosby
                                            Chapter 13 Trustee
                                            P O Box 20016
                                            Baltimore, MD 21284-0016
                                            410-825-5923
                                            Inquiries@ch13balt.com

TO THE DEBTOR(S): TAKE NOTICE THAT, UNLESS YOU FILE A RESPONSE IN WRITING WHICH JUSTIFIES OR EXPLAINS THE ALLEGATIONS IN THIS MOTION WITHIN 20 DAYS OF THE DATE IN THE CERTIFICATE OF SERVICE BELOW, THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE, AND YOU MAY BE BARRED FROM FAILING A NEW BANKRUPTCY FOR 180 DAYS AFTER THE DATE OF THE DISMISSAL.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was mailed by first-class mail on October 7, 2009 to:

Estate of Gloria J. Harris
623 N. Ellwood Avenue
Baltimore, MD  21205

Maximillian F. Van Orden, Esquire
LeViness, Tolzman & Hamilton, P.A.
923 N. Calvert Street
Baltimore, MD 21202

  /S/   Ellen W Cosby
Ellen W Cosby